UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIQIANG WEI,<br><br>        Plaintiff,<br><br>    v.<br><br>PETER MICHELSON, et al.,<br><br>        Defendants. | Case No. 18-cv-04761-HSG<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR RELIEF FROM GENERAL ORDER 71**<br><br>Re: Dkt. No. 17 |

On October 8, 2018, Defendants Peter Michelson and Keith Hodgson moved for exemption from the initial discovery protocols required by General Order 71. Dkt. No. 17. Having carefully considered Defendants' arguments, the Court finds that Defendants have shown good cause for exemption from General Order 71. The Court therefore **GRANTS** Defendants' motion. Pending determination of whether this case is related to Case Number 5:18-cv-00228-EJD, *see* Dkt. No. 18, Defendants are not required to comply with the production deadlines in General Order 71. Should this case be related to Case Number 5:18-cv-00228-EJD and reassigned, Defendants are **DIRECTED** to renew their motion for relief from General Order 71 before Judge Davila.

**IT IS SO ORDERED.**

Dated: 10/10/2018

                                        HAYWOOD S. GILLIAM, JR.
                                        United States District Judge