1  MICHAEL T. LUCEY  (SBN: 099927)
   mlucey@grsm.com
2  LINDA M. MORONEY  (SBN: 172668)
   lmoroney@grsm.com
3  RONNIE SHOU  (SBN: 312955)
   rshou@grsm.com
4  GORDON & REES LLP
   275 Battery Street, Suite 2000
5  San Francisco, CA  94111
   Telephone:  (415) 986-5900
6  Facsimile:  (415) 986-8054

7

   Attorneys for Defendants
8  PETER MICHELSON AND
   KEITH HODGSON (erroneously
9  sued as KEITH DODGSON)

**Gordon Rees Scully Mansukhani, LLP**
**1111 Broadway, Suite 1700**
**Oakland, CA 94607**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIQIANG WEI, | CASE NO. 4:18-cv-04761-HSG |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ALL CORRESPONDING FILING DATES AND DEADLINES OR IN THE ALTERNATIVE ALLOW NON-LEAD TRIAL COUNSEL TO APPEAR** |
| v. | |
| PETER MICHELSON OF DEPARTMENT OF PHYSICS and KEITH DODGSON OF DEPARTMENT OF CHEMISTRY AT STANFORD UNIVERSITY | |
| Defendants. | |
| | Date:   N/A |
| | Time:   N/A |
| | Dept:   2 (4th Floor) |
| | Judge:  Hon. Haywood S. Gilliam, Jr. |
| | Complaint filed: August 7, 2018 |

TO ALL PARTIES AND COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT** the Court has considered Defendants PETER MICHELSON ("MICHELSON") and KEITH HODGSON (erroneously sued as KEITH DODGSON) ("DODGSON") Motion to Continue Initial Case Management Conference and All Corresponding Filing Dates and Deadlines or in the Alternative Allow Non-Lead Trial Counsel to Appear.

Having considered Defendants' Motion and supporting papers and good cause appearing:

**IT IS HEREBY ORDERED** that Defendants' Motion to Continue Initial Case Management Conference and All Corresponding Filing Dates and Deadlines or in the Alternative Allow Non-Lead Trial Counsel to Appear is **GRANTED**. The Initial Case Management Conference is continued until January 10, 2019 to be held with the motion hearing.

**IT IS SO ORDERED.**

Dated: October 25, 2018

_____
Hon. Haywood S. Gilliam, Jr.
District Court Judge