UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIQIANG WEI,<br><br>        Plaintiff,<br><br>    v.<br><br>PETER MICHELSON, et al.,<br><br>        Defendants. | Case No. 18-cv-04761-HSG<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On January 2, 2019, the Court dismissed the complaint filed by Plaintiff Liqiang Wei with leave to amend his section 1981 claims. Dkt. No. 35. The Court permitted Plaintiff to file an amended complaint within 21 days of the dismissal. *Id*. at 4. The Court made clear in its order that failure to adhere to this deadline would result in the dismissal of this action without prejudice. *Id.* Because Plaintiff did not submit an amended complaint, this action is dismissed without prejudice. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 1/24/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge